**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (LR 5733)
Phillip Kim, Esq. (PK 9384)
Yu Shi, Esq. (YS 2182)
275 Madison Ave., 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com
Email: yshi@rosenlegal.com

Counsel for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TANYA SALLUSTRO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>CANNAVEST CORP., MICHAEL MONA, JR., BART P. MACKAY, THEODORE R. SOBIESKI, EDWARD A. WILSON, AND MICHAEL MONA, III,<br><br>Defendants. | CASE No.: 1:14-CV-2900-PGG<br><br><u>CLASS ACTION</u> |

<u>NOTICE OF MAILING OF NOTICE OF PRETRIAL CONFERENCE
AND COURT'S INDIVIDUAL RULES OF PRACTICE</u>

Plaintiff Tanya Sallustro ("Plaintiff"), by and through her undersigned counsel, hereby certifies that on this date, Plaintiff mailed to Defendants CannaVest Corp., Michael Mona Jr., Bart P. Mackay, Theodore R. Sobieski, Edward A. Wilson, and Michael Mona, III ("Defendants"), by first-class mail, a copy of the NOTICE OF PRETRIAL CONFERENCE and this Court's INDIVIDUAL RULES OF PRACTICE at the following address: 2688 South Rainbow Avenue, Suite B, Las Vegas, NV 89146.

To date, no counsel has appeared on behalf of Defendants.

Dated: May 8, 2014

Respectfully submitted,

THE ROSEN LAW FIRM, P.A.

_____
Laurence M. Rosen, Esq. (LR 5733)
Phillip Kim, Esq. (PK 9384)
Yu Shi, Esq. (YS 2182)
275 Madison Ave, 34th Floor
New York, NY 10016
Phone: (212) 686-1060
Fax: (212) 202-3827

Counsel for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on May 8, 2014, I filed the foregoing NOTICE OF MAILING OF NOTICE OF PRETRIAL CONFERENCE AND COURT'S INDIVIDUAL RULES OF PRACTICE electronically through the CM/ECF system.

_____
Yu Shi