**CLAYMAN & ROSENBERG, LLP**
Henry E. Mazurek, Esq.
305 Madison Avenue, Suite 1301
New York, New York 10165
Telephone: (212) 922.1080
Fax: (212) 949.8255
Email: mazurek@clayro.com

**PROCOPIO, CORY, HARGREAVES & SAVITCH, LLP**
S. Todd Neal (*Pro Hac Vice* application to be submitted)
Sean M. Sullivan (*Pro Hac Vice* application to be submitted)
525 B Street, Suite 2200
San Diego, California 92101
Telephone: (619) 238-1900
Facsimile: (619) 235-0398
Email: todd.neal@procopio.com
Email: sean.sullivan@procopio.com

Counsel for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TANYA SALLUSTRO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>CANNAVEST CORP., MICHAEL MONA, JR., BART P. MACKAY, THEODORE R. SOBIESKI, EDWARD A. WILSON, AND MICHAEL MONA, III,<br><br>Defendants. | Case No. 14-cv-2900 (PGG)<br><br><u>CLASS ACTION</u><br><br>**DISCLOSURE STATEMENT OF CANNAVEST, CORP., PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 7.1**<br><br>Judge: Hon. Paul G. Gardephe<br>Courtroom 705 |

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable the Court to evaluate possible disqualification or recusal, counsel for Defendant CannaVEST Corp. ("CannaVEST") states as follows: CannaVEST has no parent corporation. A publicly-held company, Medical Marijuana, Inc. (OTC: MJNA), owns more than 10% of CannaVEST's stock.

DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 7.1

|  |  |
|---|---|
| | PROCOPIO, CORY, HARGREAVES & SAVITCH, LLP |
| Dated: <u>May 23, 2014</u> | |
| | <u>s/S. Todd Neal</u> |
| | S. Todd Neal, Esq. |
| | Sean M. Sullivan, Esq. |
| | 525 B Street, Suite 2200 |
| | San Diego, California 92101 |
| | Telephone: (619) 238-1900 |
| | Facsimile: (619) 235-0398 |
| | Email: todd.neal@procopio.com |
| | Email: sean.sullivan@procopio.com |
| | |
| | CLAYMAN & ROSENBERG, LLP |
| | |
| | <u>s/Henry E. Mazurek</u> |
| | Henry E. Mazurek, Esq. |
| | 305 Madison Avenue, Suite 1301 |
| | New York, New York 10165 |
| | Telephone: (212) 922.1080 |
| | Fax: (212) 949.8255 |
| | Email: mazurek@clayro.com |
| | |
| | Attorneys for Defendants |

DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 7.1