# FEDERMAN & SHERWOOD
(AN ASSOCIATION OF ATTORNEYS AND PROFESSIONAL CORPORATIONS)

10205 N. PENNSYLVANIA AVENUE
OKLAHOMA CITY, OKLAHOMA 73120
405-235-1560
FACSIMILE: 405-239-2112

REPLY TO: OKLAHOMA CITY, OK

2926 MAPLE AVENUE
SUITE 200
DALLAS, TEXAS 75201
214-696-1100
FACSIMILE: 214-740-0112

August 14, 2015

**VIA CM/ECF**
Honorable Paul G. Gardephe
United States District Court Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

    Re:    Letter Submitted to Request Extension of Deadline

            *In Re: CannaVest Corp. Securities Litigation*, **Case No. 14-cv-02900 (PGG),** **United States District Court for the Southern District of New York**

Dear Judge Gardephe:

       This letter is sent pursuant to paragraph 1(A) of the Individual Rules of Practice of Judge Paul G. Gardephe Civil Cases ("Courtroom Rules"), for the purpose of requesting an extension of the deadline to file Plaintiff's Consolidated Complaint pursuant to paragraph 1(D) of those Courtroom Rules.

       This is an action brought under the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4. By order dated March 19, 2015 (Document 54), this Court appointed Plaintiff as lead plaintiff in this PSLRA action, and appointed the firm of Federman & Sherwood as lead counsel for plaintiffs.

       On June 23, 2015, this Court issued an order (the "Scheduling Order") setting the following deadlines:

    1.    Plaintiff's Consolidated Complaint is due **August 24, 2015**.

    2.    Defendants' answer or responsive motion is due **within 60 days** of service of any Consolidated Complaint.

    3.    Plaintiff's opposition, if any, is due **within 50 days** of service of any opposition.

    4.    Defendants' reply, if any, is due **within 20 days of service** of any opposition.

Scheduling Order (Dkt. No. 58) (emphasis in original).

Hon. Paul G. Gardephe
August 14, 2015
Page 2

      The Parties began early good faith settlement discussions shortly after the Scheduling Order was entered.  These discussions lasted longer than anticipated and ultimately on August 12, 2015, Counsel for Defendants informed Plaintiff that the Company is not able to meaningfully participate in settlement discussions at this time.  While Plaintiff has been diligently investigating the allegations for a Consolidated Complaint, the prolonged yet unsuccessful settlement discussions have delayed Plaintiff's efforts.  Plaintiff, therefore, requests an extension of 21 days to file a Consolidated Complaint.  Such an extension will not change the general deadlines set by the Scheduling Order. This will be Plaintiff's first request for an extension on this deadline.

      On August 13, 2015, counsel for the parties conferred via e-mail to discuss an extension to the deadline to file a Consolidated Complaint. Defendants take no position on the request and defer to the Court.

      Respectfully submitted,

/s/ William B. Federman
William B. Federman (WF9124)
FEDERMAN & SHERWOOD
10205 North Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
Telephone: (405) 235-1560
Facsimile:  (405) 239-2112
wbf@federmanlaw.com

cc:    All Counsel of Record