UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____          │
│ DATE FILED: __10/5/18__          │
└─────────────────────────────────┘
```

IN RE: CANNAVEST CORP.
SECURITIES LITIGATION

**ORDER**

14 Civ. 2900 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that there shall be a conference in this matter on **October 18, 2018 at 11:15 a.m.**

Dated: New York, New York
      October 5, 2018

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge