UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: CANNAVEST CORP. SECURITIES LITIGATION | Case No.: Master File No. 14 Civ. 2900 (PGG)<br><br>CLASS ACTION |

**NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION OF LEAD PLAINTIFF STEVE SCHUCK AND MOVANT JANE ISH FOR WITHDRAWAL OF SCHUCK AS LEAD PLAINTIFF AND SUBSTITUTION OF ISH AS LEAD PLAINTIFF**

PLEASE TAKE NOTICE that Lead Plaintiff Steve Schuck ("Schuck") and Movant Jane Ish ("Ish" or "Movant") (collectively "Plaintiffs") hereby move this Court at the United States District Court for the Southern District of New York, before the Honorable Paul G. Gardephe, located at 40 Foley Square, New York, New York 10007, for an Order: (1) substituting Movant Ish as Lead Plaintiff; and (2) withdrawing Schuck as Lead Plaintiff. In support of this Motion, Plaintiffs submit: (1) a Memorandum of Law, dated October 10, 2018; (2) the Declaration of William B. Federman, dated October 10, 2018; and (3) a (Proposed) Order granting the motion to substitute Ish as Lead Plaintiff and withdraw Schuck as Lead Plaintiff.

Dated: October 10, 2018

Respectfully submitted,

/s/ William B. Federman
William B. Federman (WF9124)
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560

*Lead Counsel for Plaintiffs*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 10, 2018, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<u>/s/ William B. Federman</u>
William B. Federman
